# Court of Appeals
# of the State of Georgia

ATLANTA, June 22, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1988. JEFFERY WADE KNIGHT v. THE STATE.**

Jeffery Wade Knight has filed a motion to remand this case to the trial court, indicating his intent to pursue a motion to withdraw his guilty plea. Upon consideration, Knight's motion is hereby GRANTED, and this case is remanded to the trial court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/22/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*